UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
STEPHANIE M. REVERON                          :

         Plaintiff,                         :        <u>ORDER</u>

  -v.-                                                        :
                                                                           23 Civ. 10114 (JGLC) (GWG)
ZUMIEZ, INC. et a.,,                              :

         Defendants.                      :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Defendant's December 20 letter (Docket # 18) stated that plaintiff informed defendant's counsel that she "intends to file" an amended complaint by the "end of next week." In plaintiff's January 2 letter (Docket # 21), plaintiff asserted that this statement was "false and inaccurate." However, in the letter filed January 5 (Docket # 23) defendant's counsel has provided an email dated December 19 in which plaintiff wrote to defendant, "I am writing to inform you that I am in the process of drafting my First Amended Complaint <u>which I intend to have filed with the Court by next week</u>."

      Candor with the Court is extremely important and applies to unrepresented ("pro se") litigants as well as attorneys. Because plaintiff's statement in the email matches what defendant represented to the Court in its December 20 letter, plaintiff is directed to file a letter to the Court on or before January 16, 2024, explaining why the Court should not find that plaintiff herself provided false information to the Court when she stated in her January 2 letter that defendant's representation was "false and inaccurate."

      Defendant may file a reply to the plaintiff's letter within 2 business days after it is filed.

      Defendant is requested to email a copy of this Order to plaintiff forthwith.

      SO ORDERED.

Dated: January 8, 2024
       New York, New York

                                                                      GABRIEL W. GORENSTEIN
                                                                     United States Magistrate Judge