

Fish & Richardson P.C.
7 Times Square
20th Floor
New York, NY 10036

212 765 5070 main
212 258 2291 fax

VIA ECF

April 25, 2025

Kristen McCallion
Principal
McCallion@fr.com
T: 212 641 2261

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:     Stephanie M. Reveron v. Zumiez, Inc. Et Al, Case No. 1:23cv10114-GWG

Dear Judge Gorenstein:

We represent Defendant Etsy, Inc. and write pursuant to Rule 2(E) of Your Honor's Individual Rules of Practice in Civil Cases. Based on the parties' confidential information, Etsy requests to file under seal, and then in redacted form: Exhibit A to the Answer and Counterclaims, Executed Settlement Agreement Dated May 22, 2018.

*Lugosch v. Pyramid Co. of Onondaga* provides that documents "may be kept under seal if 'countervailing factors' in the common law framework or 'higher values' in the First Amendment framework so demand." 435 F.3d 110, 124 (2d Cir. 2006) (quoting *In re New York Times Co.*, 828 F.2d 110, 116 (2d Cir.1987)). "The burden of demonstrating that a document submitted to a court should be sealed rests on the party seeking such action." *DiRussa v. Dean Witter Reynolds Inc.*, 121 F.3d 818, 826 (2d Cir. 1997).

As this proceeding is in the early stages there is no operative protective order in place. The document Etsy seeks to file a redacted form of is a 2018 Settlement Agreement with a confidentiality provision. The confidentiality clause states in relevant part that "[t]he Parties shall not disclose the Confidential Information to any other person, except….to the extent necessary to enforce the terms, conditions, releases and covenants herein" Ex. A (Paragraph 7 (c)). Exhibit A is attached to the Complaint for the purpose of asserting the counterclaim of breach of contract and enforcing the terms of the covenant not to sue and release related to any future claims related to the LOWER EAST SIDE marks. Accordingly, the proposed redactions, keeps as confidential, all terms of the agreement that are not necessary for enforcement. A highlighted and unredacted version of Exhibit A has been filed under seal pursuant to Your Honor's Individual Practice Rules.

We will be available at the Court's convenience should the Court wish to discuss these issues.



Respectfully submitted,

*/s/ Kristen McCallion*

Kristen McCallion
Jessica Cohen-Nowak
FISH & RICHARDSON P.C.
mccallion@fr.com
cohen-nowak@fr.com
7 Times Square, 20th Floor
New York, NY 10036
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

Attorney for Defendant Etsy, Inc.



# DECLARATION OF SERVICE

I, KRISTEN MCCALLION, pursuant to 28 U.S. C. § 1746, declare under penalty of perjury that the following is true and correct:

I represent defendant Etsy, Inc.  On **April 25, 2025**, I served the **LETTER TO JUDGE GORENSTEIN**

 **X**    depositing a true copy thereof, enclosed in a wrapper addressed as shown below, into the custody of  **X** Federal Express / ____ UPS for overnight delivery, prior to the latest time designated by that service for overnight mail. Tracking number **8808 1348 8066**.

Stephanie M. Reveron
210 Stanton Street, Apt. 218
New York, NY 10002
Sreveron.537@gmail.com

Executed in the United States of America, on **April 25, 2025**

*/s/ Kristen McCallion*
Kristen McCallion