UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
STEPHANIE M. REVERON
:
          Plaintiff,                                ORDER
:
    -v.-
:         23 Civ. 10114 (JGLC)(GWG)

ZUMIEZ, INC. et al.,                           :

          Defendants.                     :
-----------------------------------------------------------------x

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

      No party has opposed plaintiff's application to file a Third Amended Complaint in the form annexed to plaintiff's letter of April 28, 2025 (Docket # 166).  Accordingly, plaintiff shall file that complaint on or before May 21, 2025.  The plaintiff may correct any clerical errors in this filing.  As a result of the expectation that a Third Amended Complaint will be filed, the time to respond to the pending counterclaims is stayed on the assumption that any counterclaims will be repeated, altered or omitted in answers to the Third Amended Complaint.

      In light of the planned filing, the pending motion to dismiss the Second Amended Complaint (Docket # 161) is deemed withdrawn, with leave to reinstate in the event plaintiff fails to file the Third Amended Complaint.

Dated:  New York, New York
       May 16, 2025

                                                SO ORDERED:

                                                GABRIEL W. GORENSTEIN
                                                United States Magistrate Judge