# Klarquist

One World Trade Center
121 SW Salmon Street, Suite 1600
Portland, Oregon 97204 USA

**J. Christopher Carraway**
Partner
503-595-5300
christopher.carraway@klarquist.com

July 8, 2025

<u>Via ECF</u>
The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMORANDUM ENDORSED**

Re: *Stephanie M. Reveron v. Zumiez, Inc., et al.*, Case No. 23-cv-10114-JGLC-GWG

Dear Judge Gorenstein:

We write on behalf of Defendant Amazon.com, joined by and with permission of the other four Defendants that have appeared in response to the Third Amended Complaint (Etsy, Inc., Redbubble, Inc., GRG USA LLC, and Exit9, Inc.) for an adjournment of the case management conference from July 16, 2025 at 10:30 am to September 25, 2025 at 10:30 am. The undersigned talked with Your Honor's Deputy Clerk on July 7, 2025 to tentatively hold that proposed new date and time. Plaintiff Stephanie Reveron has consented to this adjournment, including the proposed date and time.

On May 29, 2025 (Dkt. 176), Your Honor endorsed a proposed continuance of the scheduling conference to July 16, 2025 at 10:30 am because, at the time, Plaintiff had just filed her Third Amended Complaint ("TAC") that changed some of the claims and issues in the case and added three defendants.

Since that May 29, 2025 order, Amazon has filed a motion seeking partial dismissal of the TAC (Dkt. 178), GRG USA LLC and Exit9, Inc. have each filed a motion seeking dismissal of the TAC (Dkts. 181, 186), and Plaintiff has filed motions to dismiss the counterclaims filed by Amazon and Etsy, Inc. (Dkts. 188, 191). In addition, last week, Amazon filed a motion for judgment on the pleadings as to all claims against it in the TAC based on a prior settlement agreement. (Dkt. 197). Briefing on all of these pending motions will not be complete until August 29, 2025. Given the relief requested by all of these motions, the scope of the case and discovery will likely be better clarified in the briefing.

Moreover, on July 3, 2025, Plaintiff advised counsel for Amazon that she "will be traveling for the entire month of July on business" and will "return to New York on August 1, 2025," and she agreed that "moving the scheduling conference to September would work best for [her] and also make[s] sense in light of the various motions that are currently in play …." Later, Plaintiff also confirmed that she is available for a scheduling conference on September 25, 2025 at 10:30 am.

---

**KLARQUIST SPARKMAN, LLP**
Intellectual Property Law

Oregon   Nevada   California   klarquist.com

Member of the Oregon State Bar, Montana State Bar, and Washington State Bar

**Klarquist**

Honorable Gabriel W. Gorenstein
July 8, 2025
Page 2

For all the above reasons, the Defendants respectfully request that the case management conference currently scheduled for July 16, 2025, be continued until September 25, 2025 at 10:30 am. Plaintiff and counsel for each existing Defendant have consented to that date and time provided by the Deputy Clerk.

        Respectfully submitted,

        */s/ J. Christopher Carraway*

        J. Christopher Carraway

cc:    Stephanie M. Reveron, *Pro Se* Plaintiff (*via* email)
        All Counsel of Record (*via ECF*)

        Conference adjourned to September 25, 2025, at 10:30 a.m. The parties should use the dial-in instructions in Docket # 176. Proposed scheduling order due September 23, 2025.

So Ordered.

        _____
        GABRIEL W. GORENSTEIN
        United States Magistrate Judge
        July 9, 2025