UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
STEPHANIE M. REVERON,                         :

            Plaintiff,                 : <u>ORDER</u>

   -against-                                        : 23 Civ. 10114 (JGLC) (GWG)

ZUMIEZ, INC. et al.,                                  :

           Defendants.              :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge:**

      On July 3, 2025, Amazon.com, LLC, filed a motion for judgment on the pleadings (Docket # 197). Plaintiff's response was due August 8, 2025, but none has been filed. The Court will sua sponte extend the due date for plaintiff's opposition to September 12, 2025. Any reply shall be filed by September 19, 2025.

      Having examined Amazon's motion papers, however, the Court is confused by the procedural posture of this motion. The "pleading" on which judgment is sought is not merely plaintiff's complaint but Amazon's counterclaims, which appear starting on page 15 of Docket # 177. <u>See</u> Docket # 199 at 3 n.2. However, it does not appear that plaintiff has filed an Answer to those counterclaims, which would be the only document that would permit Amazon to make a motion for judgment on the pleadings, and even then only if that Answer admitted the relevant allegations. Instead, plaintiff filed a motion to dismiss those counterclaims (Dockets ## 191, 192). Thus, the Court does not understand why Amazon could rely on its own allegations to pursue this motion.

      Amazon is directed to file a letter on or before August 22, 2025, addressing this point. The Court is aware that plaintiff has filed certain motions without seeking leave of the Court — a requirement of paragraph 2.A of the Court's Individual Practices. Nonetheless, Amazon should also address in its letter the issue whether Amazon sought and was granted permission to file Docket # 197.

Dated:  New York, New York
         August 18, 2025

                                                                         SO ORDERED:

                                                          GABRIEL W. GORENSTEIN
                                                          United States Magistrate Judge