

**Jessica Cohen-Nowak**
Of Counsel
cohen-nowak@fr.com
T: 212 641 2328

Fish & Richardson P.C.
7 Times Square
20th Floor
New York, NY 10036

T: 212 765 5070
F: 212 258 2291

September 18, 2025

MEMORANDUM ENDORSED

<u>VIA CM/ECF</u>

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:   *Stephanie M. Reveron v. Zumiez, Inc. et al.*, Case No. 1:23cv10114-GWG**

Dear Judge Gorenstein:

We write on behalf of Defendant Etsy, Inc. for an adjournment of the case management conference from September 25, 2025 at 10:30 a.m. Pursuant to your Honor's Individual Rules, counsel for Etsy called chambers to discuss potential alternative dates including November 17. The parties have begun early settlement discussions, and in the interest of efficiency, request adjournment of the conference for approximately two months, until a proposed date of November 17, 2025, or whatever date and time is convenient for the Court. Plaintiff, Stephanie Reveron has consented to this adjournment and confirmed her agreement and availability to the new proposed date of November 17.

Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Jessica Cohen-Nowak*
Kristen McCallion
Jessica Cohen-Nowak
**FISH & RICHARDSON P.C.**
cohen-nowak@fr.com
mccallion@fr.com
7 Times Square, 20th Floor
New York, NY 10036
Tel: (212) 765-5070
Fax: (212) 258-2291

**Counsel for Defendant Etsy, Inc.**

The Rule 16 conference is adjourned to November 17, 2025, at 10:30 a.m.  The proposed case management plan is due November 13, 2025.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
September 19, 2025

fr.com