```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
STEPHANIE M. REVERON                                            :
                                                                :           ORDER
                    Plaintiff,                                  :
                                                                :      23 Civ. 10114 (JGLC) (GWG)
        -v.-                                                    :
                                                                :
                                                                :
ZUMIEZ, INC. et al.                                             :
                                                                :
                    Defendants.                                 :
---------------------------------------------------------------X
```

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     In light of the dismissal of defendant Amazon (Docket # 237), the Court deems the following motions, which pertain to Amazon, to be withdrawn: Docket ## 178, 191, 196, 197, 216 and 227.

     SO ORDERED.

Dated: September 30, 2025
       New York, New York

                                                GABRIEL W. GORENSTEIN
                                                United States Magistrate Judge