# ALSTON & BIRD

90 Park Avenue
New York, NY  10016
212-210-9400 | Fax: 212-210-9444

Andrew J. Ligotti                    Direct Dial: 212-210-1286                    Email:  andy.ligotti@alston.com

November 12, 2025

**VIA CM/ECF**                                                                                    MEMORANDUM ENDORSED

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:**   *Stephanie M. Reveron v. Zumiez, Inc. et al.*, Case No. 1:23-cv-10114-JGLC-GWG

Dear Judge Gorenstein:

I represent Defendant GRG USA LLC ("GRG") and write together with Plaintiff, Stephanie Reveron, and Defendant Etsy, Inc. (hereinafter referred to as the "Parties"), to jointly request an adjournment of the case management conference from November 17, 2025, at 10:30 a.m. to December 17, 2025, at 10:30 am. The Parties also request that the deadline for the Parties to file the Proposed Case Management Plan be adjusted accordingly, to December 12, 2025. *See* D.I. 233.

Pursuant to your Honor's Individual Practices § 1.F, counsel for GRG called chambers to discuss potential alternative dates including December 17 and the Parties understand that this date and time is available. Although this joint request is made within five business days of the upcoming scheduled appearance, the request is made as soon as the Parties became aware of the need for the adjournment. Defendants have each been engaged in settlement discussions with Plaintiff, and in the interest of efficiency and the recent progress in those discussions, respectfully request adjournment of the conference to allow time to for those discussions to continue. All Parties[1] have consented to this adjournment and confirmed agreement and availability to the new proposed date of December 17 at 10:30 am.

---

[1] Defendant Redbubble, Inc. filed a stipulation of voluntary dismissal earlier today (D.I. 241) and, accordingly, does not oppose or join this request.

Alston & Bird LLP                                                                                                    www.alston.com

Atlanta  |  Brussels  |  Century City  |  Charlotte  |  Chicago  |  Dallas  |  London  |  Los Angeles  |  New York  |  Raleigh  |  San Francisco  |  Silicon Valley  |  Washington, D.C.

November 12, 2025
Page 2

Respectfully Submitted,

*/s/ Andrew J. Ligotti*
Andrew J. Ligotti
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
Tel: 212-210-9400
E-mail: andy.ligotti@alston.com

**Counsel for Defendant GRG USA LLC**

cc: All Counsel of Record (via CM/ECF) and to Plaintiff via UPS

The Rule 16 conference was initially scheduled for April. Almost 7 months have elapsed and the parties assert that they have been discussing settlement since at least September. The Court will grant one final adjournment of this conference to December 17, 2025, at 10:30 a.m.  The proposed case management plan is due December 15, 2025. There will no further extensions or adjournments unless the parties have settled this case.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
November 13, 2025

## DECLARATION OF SERVICE

I, Andrew J. Ligotti, pursuant to 28 U.S.C. Section 1746, declare under penalty of perjury that the following is true and correct:

I represent Defendant GRG USA LLC. On November 12, 2025, I served the LETTER TO JUDGE GORENSTEIN by depositing a true copy thereof, enclosed in a wrapper addressed as shown below, into the custody of UPS for overnight delivery, prior to the latest time designated by that service for overnight mail. The tracking number is 1Z17704E0100108672.

>Stephanie M. Reveron
>210 Stanton Street, Apt. 218
>New York, NY 10002
>Sreveron.537@gmail.com

Executed in the United States of America on November 12, 2025.

*/s/ Andrew J. Ligotti*

Andrew J. Ligotti
***Counsel for Defendant GRG USA LLC***