UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
                                                                :
STEPHANIE M. REVERON                                            :
                                                                :                    ORDER
                              Plaintiff,                         :
                                                                :            23 Civ. 10114 (JGLC) (GWG)
         -v.-                                                    :
                                                                :
ZUMIEZ, INC. et al.                                            :
                                                                :
                              Defendants.                       :
----------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

        It appears to the Court that plaintiff has violated the Court's Orders of November 13, 2025 (Docket # 244) and December 11, 2025 (Docket # 252), by not cooperating in producing a proposed case management plan. If proven, such conduct may subject plaintiff to sanctions under Fed. R. Civ. P. 16(f). The Court will not issue an Order to Show Cause with respect to this conduct now because it appears that the parties are on the brink of serious discussions regarding settlement.   Additionally, defendant Etsy, Inc. seeks to adjourn the Rule 16 conference to allow for such discussions.

        In light of the settlement discussions, the Court adjourns the Rule 16 conference scheduled for December 17, 2025, sine die.   Additionally, the plaintiff's motion to dismiss Etsy's counterclaim (Docket # 188) is deemed withdrawn.

        The parties shall report on the status of settlement discussions by letter on December 23, 2026, and every 7 days thereafter.   If Etsy deems the discussions to be at an impasse, it may file a letter on ECF at any time seeking to have the Court reschedule the Rule 16 conference.   If such a letter is filed, the Court will at that time address the issue of appropriate sanctions for plaintiff's conduct by means of an Order to Show Cause.   Also, plaintiff may at that time seek permission to reinstate the motion to dismiss the counterclaim

        SO ORDERED.

Dated: December 16, 2025
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge