UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHANIE M. REVERON,

                          Plaintiff,

          -against-                                    23-CV-10114 (JGLC)

ZUMIEZ, INC., et al,                                   **ORDER**

                          Defendants.

JESSICA G. L. CLARKE, United States District Judge:

The Court having been advised that all claims asserted herein have been settled in

principle, and that all Defendants have been terminated from the docket, it is ORDERED that the

above-entitled action be and is hereby DISMISSED. Any pending motions are moot. All

conferences are cancelled. The Clerk of Court is directed to CLOSE the case.

Dated:  December 30, 2025
        New York, New York

                                        SO ORDERED.

                                        _____
                                        JESSICA G. L. CLARKE
                                        United States District Judge